# EXHIBIT C

LLC-1A   File # 201406510406



# State of California
## Secretary of State

3199917 out

**Limited Liability Company**
**Articles of Organization - Conversion**

FILED
Secretary of State
State of California

MAR 0 5 2014

IMPORTANT — Read all instructions before completing this form.

This Space For Filing Use Only

**Converted Entity Information**

1. Name of Limited Liability Company (The name must include the words Limited Liability Company or the abbreviations LLC or L.L.C. The words Limited and Company may be abbreviated to Ltd. and Co., respectively.)

   AppDesignAgency, LLC

2. The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

3. The limited liability company will be managed by (check only one):
   ☐ One Manager   ☐ More Than One Manager   ☑ All Limited Liability Company Member(s)

4. Initial Street Address of Limited Liability Company's Designated Office in CA: 440 NORTH WOLFE ROAD., MS# 142   City: SUNNYVALE   State: CA   Zip Code: 94085

5. Initial Mailing Address of Limited Liability Company, if different from Item 4

6. Name of Initial Agent For Service of Process (Item 6: List a California resident or a California registered corporate agent that agrees to be your initial agent for service of process in case the LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. Item 7: If the agent is an individual, list the agent's business or residential street address in California. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file. Item 8: If the converting entity is a CA limited partnership, enter the mailing address of the agent, if different from Item 7, or if the agent is a California registered corporate agent.)

   WAQAR KHAN

7. If an Individual, Street Address of Agent for Service of Process in CA: 440 NORTH WOLFE ROAD., MS# 142   City: SUNNYVALE   State: CA   Zip Code: 94085

8. Mailing Address of Agent for Service of Process: 440 NORTH WOLFE ROAD., MS# 142   City: SUNNYVALE   State: CA   Zip Code: 94085

**Converting Entity Information**

9. Name of Converting Entity

   AppDesignAgency, Inc.

10. Form of Entity: Corporation
11. Jurisdiction: California
12. CA Secretary of State File Number, if any: C3199917

13. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, the following was required for each class:

    The class and number of outstanding interests entitled to vote.   AND   The percentage vote required of each class.
    10,000,000 Shares of Common Stock                                         100%

**Additional Information**

14. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

15. I certify under penalty of perjury that the contents of this document are true. I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person   Salman Ghaznavi, President
                                 Type or Print Name and Title of Authorized Person

Signature of Authorized Person   Usman Anis, Secretary
                                 Type or Print Name and Title of Authorized Person

LLC-1A (REV 01/2014)   APPROVED BY SECRETARY OF STATE