# EXHIBIT P



About Us    Business Domains ▾    Our Partners    Contact Us

# About

## Salsoft Technologies

Salsoft Technologies (Pvt) Ltd. is a dynamic IT company, established in 2000 by Mr. Salman Ghaznavi. Started as a garage operation with 5 individuals, the company experienced a tremendous growth.

## Core Values

To achieve a symbiotic relationship with all entities.

## Our Approach

Quality, Timely delivery and support.

### Our Vision

" To Empower Businesses with TurnKey Solutions Globally "

### Our Mission

" Striving for a unique position in the competitive field of E-Business and Hardware sales and solutions "

## Our Skills

Web technologies, Mobile technologies, Hardware integrations, Design and Video, Business Solution, Product Development and more

Copyright © 2015 Salsoft Technologies Inc          Privacy Policy  |  Terms and Conditions   



About Us    Business Domains ▾    Our Partners    Contact Us

# Our Partners



### iTechDevices

**iTechDevices Partner IT Brands**

- Providing back-office support to iTech Devices Inc.



### Microsoft

**Microsoft Partner Network**

- Microsoft Certified Partners provide Microsoft services on behalf of Microsoft worldwide spanning many fields including OEM, Education, Software providers and Technical Support and many more.



### F5

**The F5 UNITY Partner Program**

- The F5 UNITY Partner Program offers the most compelling channel relationship in the industry. As partners, we'll help you reach your clients with high-quality, high-margin solutions.

Copyright © 2015 Salsoft Technologies Inc