Brenda A. Prackup
Law Office of Brenda A. Prackup
4000 MacArthur Blvd.
East Tower, 6th Floor
Newport Beach, CA 92660
Tel: 949.783.4249
Email: brenda@baplawoffice.com
Attorney for Defendant Usman Anis and Silicon Valley Graphic, LLC d/b/a
Silicon Valley Graphics

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO DADDY OPERATING COMPANY, LLC, | CASE NO. 4:17-cv-06545-PJH |
| | Hon. Phyllis J. Hamilton |
| Plaintiff, | |
| vs. | DEFENDANTS USMAN ANIS' AND SILICON VALLEY GRAPHIC, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT |
| USMAN GHAZNAVI a/k/a USMAN ANIS, SALMAN GHAZNAVI a/k/a SALMAN ANIS, SILICON VALLEY GRAPHIC, LLC d/b/a SILICON VALLEY GRAPHICS, and DOES 1 through 50, | DEMAND FOR JURY TRIAL |
| Defendants. | |

1

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S
ANSWER TO COMPLAINT4:17-06545-PJH**

Defendants Usman Anis ("Anis") and Silicon Valley Graphic, LLC ("SVG"), collectively the "Defendants", hereby respectfully submit their Answer and Affirmative Defenses to the Complaint.  All allegations not specifically admitted by the Answer is generally denied.

1.     This paragraph sets forth a legal conclusion to which no response is required.  To the extent a response is required, the statements and allegations of paragraph 1 are denied.

2.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 and on that basis denies them.

3.     Denied.

4.     Denied.

5.     Admit.

6.     Denied.

7.     Admit that there was an article published by a blog called the Android Police, but deny the allegation contained in the article.  Deny that any Better Business Bureau ("BBB") complaint was filed against Defendant SVG. Admit that BBB complaints were filed against other companies for breach of contract matters.  Deny that complaints were filed against SVG on the website "ripoffreport.com." Admit that complaints were filed against other companies

2

for breach of contract.

8.     This paragraph sets forth a legal conclusion to which no response is required.  To the extent a response is required, the statements and allegations of paragraph 8 are denied.

## **PARTIES**

9.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and on that basis denies them.

10.     Admit that Anis is a California resident.  Admit that Anis is the sole member of Defendant Silicon Valley Graphics, LLC, located at 45333 Fremont Blvd, Suite 5, Freemont, California 94538. Admit that Anis is an officer of the following companies with addresses of 45333 Fremont Blvd, Suite 5, Freemont, California 94538: iTech Devices, Inc., Blitz Design, Inc. and VideoJeeves, Inc.  Deny that Anis currently operates any business at 440 North Wolfe Road, MS 142, Sunnyvale, California 94084.  Deny that Anis represents these addresses as his own in corporate filings as these are business addresses.

11.     Deny that defendant Salman Ghaznavi is a California resident. Admit that Ghaznavi is an officer in iTech Devices.  Defendants lack knowledge or information sufficient to form a belief about the remainder of the

the allegations in paragraph 11 and on that basis denies them.

12.     Admit that Silicon Valley Graphic, LLC is a California limited liability company, with its address at 45333 Freemont Blvd #5, Freemont, CA 94538.   Admit that Anis is the sole member of SVG.   Admit that Waqar Ahmed is SVG's agent for service of process at 45333 Freemont Blvd #5, Freemont, CA 94538.

13.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13 and on that basis denies them.

14.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 and on that basis denies them.

## **JURISDICTION**

15.     Defendants admit that this action purportedly arises under the Lanham Act, and that the Court has subject matter jurisdiction over the claims alleged in the complaint.   Defendants lack knowledge or information sufficient to form a belief about the remaining allegations set forth in paragraph 15 of the complaint and on that basis denies them.

16.     Defendants admit that they reside in this judicial district. Defendants lack knowledge or information sufficient to form a belief about the

truth of the allegation that a substantial part of the events giving rise to plaintiff's claims occurred in the district and on that basis denies them.

17.    Defendants lack knowledge or information sufficient to form a belief about the truth allegations in the first sentence of paragraph 17 and on that basis denies them.  Defendants admit the second sentence of the allegation in paragraph 17.

## FACTUAL ALLEGATIONS

### A. GoDaddy's Business and Intellectual Property

18.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 and on that basis denies them.

19.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 and on that basis denies them.

20.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20 and on that basis denies them.

    a.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20a and on that basis denies them.

5

    b. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20b and on that basis denies them.

    c. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20c and on that basis denies them.

21.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 21 and on that basis denies them.

22.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22 and on that basis denies them.

**B. Misappropriation and Unlawful use of the GoDaddy Marks by Defendants.**

23.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and on that basis denies them.

24.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 and on that basis denies them.

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S
ANSWER TO COMPLAINT4:17-06545-PJH**

25.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 and on that basis denies them.

26.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 and on that basis denies them.

27.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27 and on that basis denies them.

**C. Logo and Website Design Businesses Operated by Defendants**

28.     Defendants deny that the infringing domains resolve to SVG. SVG denies that it is involved with any other business.  Anis admits and denies involvement in businesses as set forth below.

a.  **AppDesignAgency, LLC, d/b/a Avenue Social, LLC ("Avenue Social")**

Deny that AppDesignAgency, LLC is existing, as its status has been suspended by the California Secretary of State.  Admit the remaining allegations in the paragraph 28a.

b.  **BrandedLogoDesigns, Inc. ("Branded Logo")**

Deny that Branded logo design is existing, as its status has been revoked.

7

Admit the remaining allegations in paragraph 28b.

### c. **SocialJitney, Inc. ("Social Jitney")**

Admit.

### d. **Appbury, Inc. ("Appbury")**

Deny that Appbury, Inc. is existing.  It was dissolved August 28, 2014.
Admit the remaining allegations in paragraph 20d.

### e. **VideoJeeves, Inc. ("Video Jeeves")**

Admit the first two sentences in paragraph 28e.  Defendants lack
knowledge or information sufficient to form a belief about the truth of the
allegations in the remaining sentences of paragraph 28e and on that basis
denies them.

### f. **iTech Devices, Inc. ("iTech")**

Admit.

### g. **Blitz Design, Inc. ("Blitz")**

Admit the allegations in the first three sentences.  Defendants lack
knowledge or information sufficient to form a belief about the truth of the
allegations in the remaining sentences of paragraph 28g and on that basis
denies them.

### h. **Silicon Graphics**

8

Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28h and on that basis denies them.

### i. **Logo Jeeves, Ltd. ("Logo Jeeves")**

Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28i and on that basis denies them.

### j. **Logo Bench, Inc. ("Logo Bench")**

Deny that Logo Bench was incorporated.  Admit that Logo Bench was a sole proprietorship formed by Anis in Santa Clara county, which stopped conducting business a year and a half ago.  Admit that Anis was the Director-Program Management, and that Logo Bench focused on graphics development, social media marketing design and development.

### k. **Salsoft Technologies (Pvt) Ltd. ("Salsoft")**

Admit that Salsoft is a company located in Pakistan.  Admit Salsoft provides backup-office support to iTech Devices. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 28k and on that basis denies them.

29.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 and on that basis denies

9

1    them.

2        **D. GoDaddy Discovers Defendants' Use of the Infringing Domains**

3

4        30.    Defendants lack knowledge or information sufficient to form a

5    belief about the truth of the allegations in paragraph 30 and on that basis denies

6    them.

7

8        31.    Defendants lack knowledge or information sufficient to form a

9    belief about the truth of the allegations in paragraph 31 and on that basis denies

10   them.

11

12       32.    Defendants lack knowledge or information sufficient to form a

13   belief about the truth of the allegations in paragraph 32 and on that basis denies

14   them.

15

16       33.    Defendants lack knowledge or information sufficient to form a

17   belief about the truth of the allegations in paragraph 33 and on that basis denies

18   them.

19

20       34.    Defendants lack knowledge or information sufficient to form a

21   belief about the truth of the allegations in paragraph 34 and on that basis denies

22   them.

23

24       35.    Defendants lack knowledge or information sufficient to form a

25   belief about the truth of the allegations in paragraph 35 and on that basis denies

26   them.

27                                    10

28

36.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and on that basis denies them.

## E. COMMON    FEATURES    DEMONSTRATE    A    COMMON    ENTERPRISE

37.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and on that basis denies them.

38.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and on that basis denies them.

  a.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38a and on that basis denies them.

  b.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38b and on that basis denies them.

  c.  Admit that SVG's telephone number is 510.657.5853 as shown on its website at svgprint.com.  Defendants lack knowledge or information sufficient to form a belief about the truth of the

11

rest of the allegations in paragraph 38c and on that basis denies them.

d.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38d and on that basis denies them.

e.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38e and on that basis denies them.

**F. Defendants' Ongoing Conduct and Spam Advertisements to Consumers**

39.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 and on that basis denies them.

40.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and on that basis denies them.

41.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and on that basis denies them.

**G. Defendants' Ongoing Conduct and Spam Advertisements to**

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S ANSWER TO COMPLAINT4:17-06545-PJH**

1

**Consumers**

2

3

42.     Defendants lack knowledge or information sufficient to form a

4

belief about the truth of the allegations in paragraph 42 and on that basis denies

5

them.

6

43.      Defendants lack knowledge or information sufficient to form a

7

belief about the truth of the allegations in paragraph 43 and on that basis denies

8

9

them.

10

44.     Defendants lack knowledge or information sufficient to form a

11

belief about the truth of the allegations in paragraph 44 and on that basis denies

12

13

them.

14

45.     Defendants lack knowledge or information sufficient to form a

15

belief about the truth of the allegations in paragraph 45 and on that basis denies

16

17

them.

18

46.     Defendants lack knowledge or information sufficient to form a

19

belief about the truth of the allegations in paragraph 46 and on that basis denies

20

them.

21

22

47.     Defendants lack knowledge or information sufficient to form a

23

belief about the truth of the allegations in paragraph 47 and on that basis denies

24

them.

25

26

48.     Defendants lack knowledge or information sufficient to form a

27

28

belief about the truth of the allegations in paragraph 48 and on that basis denies them.

49.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 and on that basis denies them.

50.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and on that basis denies them.

51.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51 and on that basis denies them.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement (Lanham Act, 15 U.S.C. 1114)

### (By GoDaddy Against All Defendants)

52.     Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-51 of the complaint as set forth hereinabove.

53.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53 and on that basis denies them.

14

54.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and on that basis denies them.

55.     Insofar as the allegations as set forth in paragraph 55 of the complaint relate to the answering Defendants, these answering Defendants denies them.

56.     Insofar as the allegations as set forth in paragraph 56 of the complaint relate to the answering Defendants, these answering Defendants denies them.

57.     Insofar as the allegations as set forth in paragraph 57 of the complaint relate to the answering Defendants, these answering Defendants denies them.

58.     Insofar as the allegations as set forth in paragraph 58 of the complaint relate to the answering Defendants, these answering Defendants denies them.

59.     Insofar as the allegations as set forth in paragraph 59 of the complaint relate to the answering Defendants, these answering Defendants denies them.

60.     Defendants denies the allegations as set forth in paragraph 60 of the Complaint.

# SECOND CLAIM FOR RELIEF

## False Designation of Origin (Lanham Act, 15 U.S.C. 1125 (a)

## (By GoDaddy Against All Defendants)

61.    Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-60 of the complaint as set forth hereinabove.

62.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 62 and on that basis denies them.

63.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 63 and on that basis denies them.

64.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 64 and on that basis denies them.

65.    Insofar as the allegations as set forth in paragraph 65 of the complaint relate to the answering Defendants, these answering Defendants denies them.

66.    Insofar as the allegations as set forth in paragraph 66 of the complaint relate to the answering Defendants, these answering Defendants

denies them.

67.    Insofar as the allegations as set forth in paragraph 67 of the complaint relate to the answering Defendants, these answering Defendants denies them.

68.    Insofar as the allegations as set forth in paragraph 68 of the complaint relate to the answering Defendants, these answering Defendants denies them.

69.    Insofar as the allegations as set forth in paragraph 69 of the complaint relate to the answering Defendants, these answering Defendants denies them.

70.    Insofar as the allegations as set forth in paragraph 70 of the complaint relate to the answering Defendants, these answering Defendants denies them.

71.    Insofar as the allegations as set forth in paragraph 71 of the complaint relate to the answering Defendants, these answering Defendants denies them.

72.    Defendants denies the allegations as set forth in paragraph 72 of the Complaint.

## THIRD CLAIM FOR RELIEF

**Trademark Dilution (Anti-Dilution Act, 15 U.S. C. 1125 (c))**

17

**(By GoDaddy Against All Defendants)**

73.     Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-72 of the complaint as set forth hereinabove.

74.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 74 and on this basis deny them.

75.     Insofar as the allegations as set forth in paragraph 75 of the complaint relate to the answering Defendants, these answering Defendants denies them.

76.     Insofar as the allegations as set forth in paragraph 76 of the complaint relate to the answering Defendants, these answering Defendants denies them.

77.     Insofar as the allegations as set forth in paragraph 77 of the complaint relate to the answering Defendants, these answering Defendants denies them.

78.     Insofar as the allegations as set forth in paragraph 78 of the complaint relate to the answering Defendants, these answering Defendants denies them.

79.     Insofar as the allegations as set forth in paragraph 79 of the

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S ANSWER TO COMPLAINT4:17-06545-PJH**

complaint relate to the answering Defendants, these answering Defendants denies them.

80.     Insofar as the allegations as set forth in paragraph 80 of the complaint relate to the answering Defendants, these answering Defendants denies them.

81.     Insofar as the allegations as set forth in paragraph 81 of the complaint relate to the answering Defendants, these answering Defendants denies them.

82.     Insofar as the allegations as set forth in paragraph 82 of the complaint relate to the answering Defendants, these answering Defendants denies them.

83.     Defendants denies the allegations as set forth in paragraph 83 of the Complaint.

## FOURTH CLAIM FOR RELIEF

## Cybersquatting (15 U.S.C. 1125(d)

## (By GoDaddy Against All Defendants)

84.     Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-84 of the complaint as set forth hereinabove.

85.     Defendants lack knowledge or information sufficient to form a

belief about the truth of the allegations in paragraph 85 and on that basis denies them.

86.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 86 and on that basis denies them.

87.     Insofar as the allegations as set forth in paragraph 87 of the complaint relate to the answering Defendants, these answering Defendants denies them.

88.     Insofar as the allegations as set forth in paragraph 88 of the complaint relate to the answering Defendants, these answering Defendants denies them.

89.     Insofar as the allegations as set forth in paragraph 89 of the complaint relate to the answering Defendants, these answering Defendants denies them.

90.     Defendants denies the allegations as set forth in paragraph 90 of the Complaint.

91.     This paragraph sets forth a legal conclusion to which no response is required.  To the extent a response is required, the statements and allegations of paragraph 91 are denied.

## FIFTH CLAIM FOR RELIEF

## Unfair Competition (Cal. Bus. & Prof. Code 17200 *et seq.*)

### (By GoDaddy Against all Defendants)

92.     Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-91 of the complaint as set forth hereinabove.

93.     Insofar as the allegations as set forth in paragraph 93 of the complaint relate to the answering Defendants, these answering Defendants denies them.

94.     Insofar as the allegations as set forth in paragraph 94 of the complaint relate to the answering Defendants, these answering Defendants denies them.

95.     Insofar as the allegations as set forth in paragraph 95 of the complaint relate to the answering Defendants, these answering Defendants denies them.

96.     Insofar as the allegations as set forth in paragraph 96 of the complaint relate to the answering Defendants, these answering Defendants denies them.

97.     Insofar as the allegations as set forth in paragraph 97 of the complaint relate to the answering Defendants, these answering Defendants denies them.

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S
ANSWER TO COMPLAINT4:17-06545-PJH**

98.   Insofar as the allegations as set forth in paragraph 98 of the complaint relate to the answering Defendants, these answering Defendants denies them.

### SIXTH CLAIM FOR RELIEF

### False Advertising (Cal. Bus. & Prof. Code 17500)

### (By GoDaddy Against All Defendants)

99.   Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-98 of the complaint as set forth hereinabove.

100.   Insofar as the allegations as set forth in paragraph 100 of the complaint relate to the answering Defendants, these answering Defendants denies them.

101.   Insofar as the allegations as set forth in paragraph 101 of the complaint relate to the answering Defendants, these answering Defendants denies them.

102.   Insofar as the allegations as set forth in paragraph 102 of the complaint relate to the answering Defendants, these answering Defendants denies them.

103.   Insofar as the allegations as set forth in paragraph 103 of the complaint relate to the answering Defendants, these answering Defendants

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S ANSWER TO COMPLAINT4:17-06545-PJH**

denies them.

104.  Insofar as the allegations as set forth in paragraph 104 of the complaint relate to the answering Defendants, these answering Defendants denies them.

105.  Insofar as the allegations as set forth in paragraph 105 of the complaint relate to the answering Defendants, these answering Defendants denies them.

## SEVENTH CLAIM FOR RELIEF

### California Common Law Trademark Infringement

### (By GoDaddy Against All Defendants)

106.  Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-105 of the complaint as set forth hereinabove.

107.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 107 and on that basis denies them.

108.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 108 and on that basis denies them.

109.  Defendants lack knowledge or information sufficient to form a

23

belief about the truth of the allegations in paragraph 109 and on that basis denies them.

110.   Insofar as the allegations as set forth in paragraph 110 of the complaint relate to the answering Defendants, these answering Defendants denies them.

111.   Insofar as the allegations as set forth in paragraph 111 of the complaint relate to the answering Defendants, these answering Defendants denies them.

112.   Insofar as the allegations as set forth in paragraph 112 of the complaint relate to the answering Defendants, these answering Defendants denies them.

113.   Insofar as the allegations as set forth in paragraph 113 of the complaint relate to the answering Defendants, these answering Defendants denies them.

114.   Insofar as the allegations as set forth in paragraph 114 of the complaint relate to the answering Defendants, these answering Defendants denies them.

115.   Insofar as the allegations as set forth in paragraph 115 of the complaint relate to the answering Defendants, these answering Defendants denies them.

24

## EIGHTH CLAIM FOR RELIEF

### Intentional Interference With Prospective Economic Advantage

### (GoDaddy Against All Defendants)

117-125.  These paragraphs require no response from Defendants as they were dismissed from Plaintiff's complaint following the Court's February 14, 2018 order.

## NINTH CLAIM FOR RELIEF

### Accounting

### (By GoDaddy Against All Defendants)

126.  Defendants repeat and incorporates by reference its responses to the statements and allegations of paragraphs 1-125 of the complaint as set forth hereinabove.

127.  Insofar as the allegations as set forth in paragraph 127 of the complaint relate to the answering Defendants, these answering Defendants denies them.

128.  Insofar as the allegations as set forth in paragraph 128 of the complaint relate to the answering Defendants, these answering Defendants denies them.

## AFFIRMATIVE DEFENSES

As for its Affirmative Defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State Facts Sufficient to Constitute a Cause of Action)**

1.     The Complaint fails to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

**(Mitigation of Damages)**

2.     Plaintiff is not entitled to any damages based on the allegations in the Complaint because Plaintiff failed to mitigate its damages as required by law and, therefore, Plaintiff cannot recover damages that could have been reasonably avoided if appropriate mitigation efforts had been made.

### THIRD AFFIRMATIVE DEFENSE

**(Fair Use/Collateral Use)**

3.     Plaintiff's claims are barred by the doctrine of fair use/collateral use.

### FOURTH AFFIRMATIVE DEFENSE

**(Intervening Acts)**

4.     Whatever damages were incurred by Plaintiff was the result of intervening and superseding acts or admissions of parties over whom

26

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S
ANSWER TO COMPLAINT4:17-06545-PJH**

Defendants have no control.

### FIFTH AFFIRMATIVE DEFENSE

### (Laches)

5.      Plaintiff's claims are barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

### (Estoppel)

6.      Plaintiff's claims are barred by the doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

7.      Plaintiff's claims are barred by the doctrine of waiver.

### EIGHTH AFFIRMATIVE DEFENSE

### (Authorized Use)

8.      Plaintiff authorized, impliedly or explicitly, Defendants' allegedly infringing use of its works, and Plaintiff's claims are therefore barred by the doctrine of implied license.

### NINTH AFFIRMATIVE DEFENSE

### (License, Consent, Acquiescence)

9.      Plaintiff's claims are barred by Plaintiff's license, consent, and acquiescence to Defendants' use.

### TENTH AFFIRMATIVE DEFENSE

27

**(Forfeiture or Abandonment)**

10.    Plaintiff's claims are barred to the extent it has forfeited or abandoned its intellectual property.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11.    Plaintiff's claims are barred by the doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

### (Innocent Intent)

12.    Plaintiff's claims are barred, in whole or in part, because Defendants' conduct was in good faith and with non-willful intent, at all times.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Volitional Act)

13.    Plaintiff's claims are barred because the alleged infringement was not caused by a volitional act attributable to Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

14.    Plaintiff's claims are barred by the applicable statute of limitations.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud with Particularity)

28

15.    The Complaint, and each allegation of fraud and misrepresentation therein, fails to aver the circumstances constituting fraud with particularity in accordance with Federal Rule of Civil Procedure 9(b), and all such allegations should accordingly be dismissed.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (Non-Infringement)

16.     Defendants have not infringed any applicable trademarks under federal or state law.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Causation)

17.    Plaintiff's claims against Defendants are barred because Plaintiff's damages, if any, were not caused by Defendants.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Damage)

18.    Without admitting that the Complaint states a claim, there has been no damage in any amount, manner or at all by reason of any act alleged against Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

### NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Irreparable Harm)

29

19.    Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Defendants' actions.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Adequacy of Remedy at Law)

20.    The alleged injury or damage suffered by Plaintiff, if any, would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Punitive Damages)

21.    Plaintiff's claims for punitive damages are barred, in whole or in part, because punitive damages are not recoverable in cases brought under the Lanham Act.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing)

22.    Plaintiff lacks standing to sue under Cal. Bus & Prof. Code 17200 *et. Seq.* because it has not suffered an injury in fact and a loss of money or property.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Undiscovered Defenses)

23.    Defendants reserves the right to amend or add such additional

30

separate affirmative defenses that may become available during discovery or at

trial and conform any such additional defenses that it may have to the evidence

as permitted by Fed.R.Civ.P. 15(b).


WHEREFORE, Defendants pray for the following relief:

1.     That Plaintiff take nothing by its Complaint;

2.     That the Complaint be dismissed as to Answering Defendants, with

prejudice;

3.     Award Answering Defendants their reasonable costs and attorneys'

fees; and,

4.     For such other and further relief as the Court deems just and proper.


Dated: February 28, 2018          LAW OFFICE OF BRENDA A. PRACKUP

By: /s/ Brenda A. Prackup
Brenda A. Prackup
Attorney For Defendants Usman Anis
and Silicon Valley Graphic, LLC d/b/a
Silicon Valley Graphics

**DEFENDANTS' USMAN ANIS AND SILICON VALLEY GRAPHIC'S
ANSWER TO COMPLAINT4:17-06545-PJH**

1

## **DEMAND FOR JURY TRIAL**

2

3      Defendants hereby demand trial by jury of all issues that are so triable in this

4  action.

5

6  Dated: February 28, 2018          LAW OFFICE OF BRENDA A. PRACKUP

7                                    By: /s/ Brenda A. Prackup

8                                         Brenda A. Prackup
                                         Attorney For Defendants Usman Anis
9                                         and Silicon Valley Graphic, LLC d/b/a
10                                        Silicon Valley Graphics

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                         32
28

1

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, a copy of the foregoing document was filed electronically, with the Court's CM/ECF, which will provide notice of the same on the parties.

Dated: February 28, 2018          LAW OFFICE OF BRENDA A. PRACKUP

                                  By: /s/ Brenda A. Prackup
                                       Brenda A. Prackup
                                       Attorney For Defendants Usman Anis
                                       and Silicon Valley Graphic, LLC d/b/a
                                       Silicon Valley Graphics

33