UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO DADDY OPERATING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>USMAN GHAZNAVI, et al.,<br><br>Defendants. | Case No. 17-cv-06545-PJH<br><br>**ORDER TO SHOW CAUSE AS TO ALL PARTIES** |

Trial is scheduled to begin in this action on January 27, 2020. Dkt. 96. The pre-trial conference is scheduled for December 19, 2019. Id. No party has filed a motion for summary judgment, and the time to do so has passed. Id. Each party was required to file pretrial papers by November 21, 2019. See Dkt. 80 at 3–4. Each party missed that deadline. The parties were required to file, inter alia, a joint pretrial statement, their trial briefs, any motions in limine, lists of deposition excerpts and other discovery responses that will be offered at trial, lists of witnesses to be called at trial, exhibit lists, proposed joint voir dire questions, a proposed verdict form, and joint jury instructions. No party has filed any of those materials. In fact, no party has filed anything in this action since January 2, 2019.

As such, there court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and why sanctions should not issue as to all parties for failure to comply with the court's deadlines.

Each party is ordered to file a written response to this order on or before

**November 27, 2019**.  If plaintiff fails to comply with this order, the action shall be dismissed with prejudice for failure to prosecute and for failure to comply with a court order.  Additionally, sanctions shall issue.  If any defendant fails to comply with this order, sanctions shall issue.

**IT IS SO ORDERED.**

Dated:  November 22, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge